IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DAQUANTAY ROBINSON, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * Case No. 1:21-cv-01601-LKG |
| PENNSYLVANIA NATIONAL MUTUAL CASULTY INSURANCE COMPANY, | * |
| | * |
| Defendant. | |

\* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Daquantay Robinson and Defendant Pennsylvania National Mutual Casualty Insurance Company, by and through their respective counsel, pursuant to Fed Civ. P. Rule 41(a)(ii), hereby dismiss the above-styled civil action with prejudice, with each party to bear his/its own costs.

Dated: May 19, 2025

                                                                      */s/ Scott E. Nevin (By RSR w/written permission)*
                                                                      Scott E. Nevin, Esq.
                                                                       William Beveridge, Esq.
                                                                       Law Offices of Peter T. Nicholl
                                                                       36 South Charles Street, Suite 1700
                                                                       Baltimore, Maryland 21201
                                                                       Tel.: 410-244-7005
                                                                       Fax: 410-244-1047
                                                                       snevin@nichollaw.com
                                                                       weveridge@nichollaw.com
                                                                       *Counsel for Plaintiff*

*/s/ Robert S. Reverski, Jr.*
Robert S. Reverski, Jr. (Bar No. 14245)
Regina Maria Policano (Admitted *pro hac vice*)
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia 23236
804.560-9600 – Telephone
804.560.5997 – Facsimile
rreverski@midkifflaw.com
gpolicano@midkifflaw.com
*Counsel for Defendant Pennsylvania National Mutual Casualty Insurance Company*

{03527816.DOCX }